NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA KANE,<br><br>                Plaintiff,<br><br>v.<br><br>PHOENIX CARE SYSTEMS, INC. and LEONARD F. DZIUBLA,<br><br>                Defendants. | Civil Action No. 17-6016 (SDW) (LDW)<br><br>**ORDER**<br><br>October 2, 2018 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated September 17, 2018, which recommends that Plaintiff's Complaint be stricken and that the case be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 16(f)(1) and 37(b)(2)(A). No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 31) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                    s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Magistrate Judge Wettre